Thomas E. Willoughby, Esq.
**HILL RIVKINS LLP**
45 Broadway. Suite 1500
New York, New York 10006
(212) 669-0600
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

INTERNATIONAL AUTO LOGISTICS, INC.,

       Plaintiff,

   - against -

                                       **COMPLAINT**

M/V COURAGE, her engines, tackle, boilers, etc.,
*in rem;* FIDELIO LIMITED PARTNERSHIP INC.;
AMERICAN ROLL-ON ROLL-OFF CARRIER
LLC; WALLENIUS WILHELMSEN LOGISTICS;
CROWLEY TECHNICAL MANAGEMENT INC.;
GOVLOG NV and FORD MOTOR COMPANY, *in
personam*,

       Defendant.
------------------------------------------------------------------X

     Plaintiff, INTERNATIONAL AUTO LOGISTICS, INC. (hereinafter "IAL" or "Plaintiff"), by and through its attorneys, Hill Rivkins LLP, as and for its Complaint, alleges upon information and belief as follows:

### JURISDICTION

     1.     This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is predicated upon 28 U.S.C. §1333, 28 U.S.C. §1367 and Paragraph 5 of the American Roll-On Roll-Off Carrier LLC bills of lading and Paragraph 13 of the Wallenius Wilhelmsen Logistics bill of lading, which provide for jurisdiction in this District for claims involving cargo shipments that travel to or from a port in

the United States. In addition the defendants have systematic and continuous business contacts and presence in the United States and this District.

## PARTIES

2.      At all material times, International Auto Logistics, Inc. ("IAL") was and is a U.S. corporation with its principal place of business located at 110 Office Park Lane, Suite 200, St. Simon's Island, Georgia 31522 and was the shipper of various personally owned vehicles ("POVs") laden aboard the captioned vessel, as more specifically described below, which suffered severe physical damage while on board the vessel and which may be called upon by vessel interests to contribute in salvage and General Average expenses which may be assessed.

3.      At all material times, defendant, Fidelio Limited Partnership, Inc.. (hereinafter "Vessel Defendant" or "Fidelio") was and is a corporation with an office and place of business located at 188 Broadway, Suite 1, Woodcliff Lake, New Jersey 07677 and at all relevant times, was and is still doing business within the jurisdiction of this Honorable Court as the registered owner of the captioned vessel.

4.      At all material times, defendant, American Roll-On Roll-Off Carrier LLC (hereinafter "Vessel Defendant" or "ARC") was and is a limited liability company with an office and place of business located at 1 Maynard Drive, 3rd Floor, Park Ridge, New Jersey 07656 and at all relevant times, was and is still doing business within the jurisdiction of this Honorable Court as the beneficial owner and operator of the captioned vessel.

5.      At all material times, defendant, Wallenius Wilhelmsen Logistics (hereinafter "Vessel Defendant" or "WWL") was and is a corporation with an office and place of business located at 188 Broadway, Suite 1, Woodcliff Lake, New Jersey 07677 and at all relevant times,

was and is still doing business within the jurisdiction of this Honorable Court as a common carrier of goods for hire.

6.      At all material times, defendant, Crowley Technical Management Inc. (hereinafter "Vessel Defendant" or "Crowley") was and is a corporation with an office and place of business located at 9487 Regency Square Blvd., Jacksonville, FL 32225 and at all relevant times, was and is still doing business within the jurisdiction of this Honorable Court and was the technical manager of the captioned vessel.

7.      At all material times, defendant, GovLog NV (hereinafter "Cargo Shipper Defendant" or "GovLog") was and is a foreign corporation with an office and place of business located at Belcrowniaan 23, Antwerp 2100, Belgium and at all relevant times, was and is still doing business within the jurisdiction of this Honorable Court as a shipper of vehicles to the United States.

8.      At all material times, defendant, Ford Motor Company (hereinafter "Defendant" or "Ford") was and is a corporation with an office and place of business located at One American Road, Dearborn, Michigan and at all relevant times, was and is still doing business within the jurisdiction of this Honorable Court.

9.      Plaintiff brings this action on its own behalf and as agent and/or trustee on behalf of and for the interest of all parties who may be or become interested in the said consignments, as their respective interests may ultimately appear, and Plaintiff is entitled to maintain this action.

## RELEVANT FACTS

10.      During May, 2015, consignments consisting of a total of 461 POVs, then being in good order and condition, were delivered to the M/V COURAGE and to the Vessel Defendants

and/or their agents in Bremerhaven, Germany, Charleston, South Carolina, Galveston, Texas and Brunswick, Georgia for transportation to Southampton, England, Baltimore, Maryland, Galveston, Texas, Brunswick, Georgia and Charleston, South Carolina, all in consideration of an agreed upon freight, pursuant to various ARC bills of lading numbers each dated May 31, 2015.

11.     Thereafter, the last consignment of vehicles was loaded aboard the M/V COURAGE and she departed Bremerhaven in the early morning of June 2, 2015 destined for the above listed ports.

12.     On June 2, 2015 a fire broke out on board the subject vessel in the vicinity of the car loading ramp of decks 08-10.

13.     The fire was put out by the vessel's crew utilizing the firefighting system on board the vessel.

14.     After the fire was extinguished the vessel berthed in Southampton, England for investigation purposes. The vessel then returned to Bremerhaven, Germany.

15.     Plaintiff's vehicles were not in the same good order and condition when discharged as they had been when first delivered to the M/V COURAGE and the Vessel Defendants. To the contrary, at least 221 POVs were physically damaged and determined to be constructive total losses, as set forth in Schedule A, appended hereto.

16.     The value of the 221 POVs, plus ongoing storage, debris removal and survey charges total approximately $5,000,000.

17.     Upon information and belief, the origin of the fire has been attributed to a 2002 Ford Escape, VIN number 1FMYU01BX2KD64419 that was carried on board the vessel pursuant to Bill of Lading no. AROFBEANR005009 issued by American Roll-On Roll-Off Carrier, LLC.

4

18.     Upon information and belief, the 2002 Ford Escape has been the subject of 10 separate recall notices. Two of the recall notices involved defects that had the potential to start a fire.

19.     Upon information and belief, the subject Ford vehicle had a design defect and that this design defect is believed to have been the origin of the fire.

20.     By reason of the foregoing, Plaintiff has sustained losses which will be shown with specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be $5,000,000.

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST VESSEL DEFENDANTS-
## BREACH OF CONTRACT

21.     The Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 20, inclusive, as if herein set forth at length.

22.     Pursuant to the contract entered into between the parties, Vessel Defendants owed a contractual and statutory duty to the Plaintiff, to carry, bail, keep and care for, protect and deliver the Plaintiff's cargo in the same good order and condition as at the time the said Vessel Defendants first accepted custody and control of the goods.

23.     The Vessel Defendants breached their contractual and statutory duties by failing to properly care for, bail and protect the Plaintiff's cargo in the same good order and condition as at the time the said Vessel Defendants first accepted custody and control of the goods.

24.     As a direct and proximate result of said breach of contract by the Vessel Defendants, the Plaintiff has suffered damages in the amount presently estimated to be no less than $5,000,000.

25.     By reason of the foregoing, the Plaintiff has sustained losses which will be shown with more specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be no less than $5,000,000.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST VESSEL DEFENDANTS-
## BREACH OF BAILMENT

26.     The Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 25, inclusive, as if herein set forth at length.

27.     Pursuant to its obligations as a bailee for hire of the Plaintiff's cargo, the Vessel Defendants owed contractual and statutory duties to Plaintiff to carry, bail, keep and care for, protect and deliver the Plaintiff's cargo in the same good order and condition as at the time said defendant first accepted custody and control of the goods.

28.     The Vessel Defendants breached their duties as bailees for hire by failing to properly carry, bail, keep and care for, protect and deliver the Plaintiff's cargo in the same good order and condition as at the time said defendant first accepted custody and control of the goods.

29.     As a direct and proximate result of the breach of bailment by the Vessel Defendants, the Plaintiff has suffered damages in the approximate amount of $5,000,000.

30.     By reason of the foregoing, the Plaintiff has sustained losses which will be shown with specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be no less than $5,000,000.

## AS AND FOR A THIRD CAUSE OF ACTION AGAINST
## VESSEL DEFENDANTS - NEGLIGENCE

31.     The Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 30, inclusive, as if herein set forth at length.

32.     The Vessel Defendants owed a duty to the Plaintiff to carry, bail, keep and care for, protect and deliver the Plaintiff's cargo in the same good order and condition as at the time said defendant first accepted custody and control of the goods.

33.     The Vessel Defendants breached and were negligent in their duty to carry, bail, keep and care for, protect and deliver the Plaintiff's cargo in the same good order and condition as at the time said defendant first accepted custody and control of the goods.

34.     As a direct and proximate result of the negligence by the Vessel Defendants, the Plaintiff has suffered damages in the approximate amount of $5,000,000.

35.     By reason of the foregoing, the Plaintiff has sustained losses which will be shown with specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be no less than $5,000,000.

## AS AND FOR A FOURTH CAUSE OF ACTION AGAINST VESSEL DEFENDANTS -
## M/V COURAGE WAS UNSEAWORTHY

36.     The Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 35, inclusive, as if herein set forth at length.

37.     Prior to, and at all times relevant hereto, the Vessel Defendants failed to exercise due diligence to make the M/V COURAGE seaworthy. The M/V COURAGE was at all relevant times not fit to undertake the service in which she was engaged. The losses suffered by or in connection with Plaintiff's cargo were caused in whole or in part by the Vessel Defendants' failure to exercise due diligence to make the M/V COURAGE seaworthy at the commencement of the voyage.

38.     The losses suffered by or in connection with Plaintiff's cargo, as well as the fire which occurred on board the vessel on June 2, 2015 off Southampton, England were caused in

7

whole or in part by the fault, design or neglect, or want of care of the Vessel Defendants and/or the M/V COURAGE, and/or those in charge of the M/V COURAGE, and/or persons for whom Vessel Defendants are responsible.

39.     The losses suffered by or in connection with Plaintiff's cargo, as well as the subject casualty, resulted from causes within the privity and knowledge of the Vessel Defendants, and/or their officers, directors, managers, supervisors, superintendents and/or such persons whose privity and knowledge or imputable to the Vessel Defendants.

40.     As a direct and proximate result of the aforesaid unseaworthiness resulting from the Vessel Defendants actions, or failure to act, the Plaintiff has suffered damages in the approximate amount of $5,000,000.

41.     By reason of the foregoing, the Plaintiff has sustained losses which will be shown with specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be no less than $5,000,000.

## AS AND FOR A FIFTH CAUSE OF ACTION AGAINST CARGO SHIPPER GOVLOG - STRICT LIABILITY

42.     The Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 41, inclusive, as if herein set forth at length.

43.     Defendant GovLog as a shipper of the aforesaid Ford Escape, had a statutory duty to other shippers of cargo laden on board the M/V COURAGE to ensure that the 2002 Ford Escape was in good order and condition in all respects for the transit from Germany to the United States.

44.     Defendant GovLog, as a cargo shipper, is strictly liable for any and all damages its cargo causes to other cargo properly laden on board the M/V COURAGE in that the 2002 Ford Escape is and was a "dangerous cargo" as that term is used in Section 4(6) of COGSA.

8

45.     Upon information and belief, the 2002 Ford Escape was in a defective condition at the time it was stowed on board the M/V COURAGE on or about May 29, 2015 in Antwerp, Belgium.

46.     The defects that existed in the 2002 Ford Escape rendered it to be an unreasonably dangerous product, fraught with unexpected dangers to foreseeable users and foreseeable third-party by-standers.

47.     Plaintiff IAL suffered damages as a direct result of the fire caused by the defects that existed in the 2002 Ford Escape.

48.     As a proximate result of the foregoing, Plaintiff has sustained damages in the amount of no less than $5,000,000.

49.     By reason of the foregoing, the Plaintiff has sustained losses which will be shown with specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be no less than $5,000,000.

## AS AND FOR A SIXTH CAUSE OF ACTION AGAINST FORD -
## STRICT PRODUCTS LIABILITY

50.     The Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 49, inclusive, as if herein set forth at length.

51.     At all times relevant to this action, Ford assembled, advertised, sold, distributed and/or otherwise placed into the market and stream of commerce a motor vehicle model which was intended to be used by members of the public and intended to be in locations accessed by the general public, including ocean going car carriers.

52.    By placing the Ford Escape model on the market, Ford represented that the product was safe for use by the general public and safe for those persons and property located in the vicinity of said product.

53.    Ford knew or should have known that owners of vehicles subject to recall notices did not always respond to said notices.

54.    Ford had a duty to exercise reasonable care in the testing, inspection and marketing of the subject vehicle model.

55.    The 2002 Ford Escape model vehicle, as designed and /or manufactured by Ford, was not reasonably fit, suitable or safe for its intended purpose or safe for the general public.

56.    The defects rendered the 2002 Ford Escape model an unreasonably dangerous product, fraught with unexpected dangers to foreseeable users and foreseeable by-standers. As a result, Ford is strictly liable in tort for the damages incurred by IAL.

57.    On or about June 2, 2015, while the subject vehicle was being utilized in an appropriate manner and in a foreseeable location, the vehicle defect caused a fire, resulting in extensive damage to property owned by innocent third parties.

58.    The defect in the subject vehicle was the legal and proximate cause of the damage to IAL's shipment.

59.    Ford breached its duty to market a safe product fit for its intended purpose and fit for use in foreseeable locations populated by innocent third parties and the property of innocent third parties.

60.    Ford is strictly liable for any and all defects in the subject 2002 Ford Escape that it manufactured, designed, sold, distributed and otherwise placed in the stream of commerce.

61.     The damage sustained by IAL to its shipment was caused by the carelessness and negligence of defendant Ford, without any negligence on the part of Plaintiff.

62.     As a proximate result of the foregoing, Plaintiff has sustained damages in the amount of no less than $5,000,000.

63.     By reason of the foregoing, the Plaintiff has sustained losses which will be shown with specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be no less than $5,000,000.

## AS AND FOR A SEVENTH CAUSE OF ACTION AGAINST FORD - NEGLIGENCE

64.     The Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 63, inclusive, as if herein set forth at length.

65.     At all times relevant to this action, Ford assembled, advertised, sold, distributed and/or otherwise placed into the market and stream of commerce a motor vehicle model which was intended to be used by members of the public and intended to be in locations accessed by the general public, including ocean going car carriers.

66.     By placing the Ford Escape model on the market, Ford represented that the product was safe for use by the general public and safe for those persons and property located in the vicinity of said product.

67.     Ford knew or should have known that Owners of vehicles subject to recall notices did not always respond to said notices.

68.     Ford had a duty to exercise reasonable care in the testing, inspection and marketing of the subject vehicle model.

69.     The 2002 Ford Escape model vehicle, as designed and /or manufactured by Ford, was not reasonably fit, suitable or safe for its intended purpose or safe for the general public.

11

70.     The defects rendered the 2002 Ford Escape model an unreasonably dangerous product, fraught with unexpected dangers to foreseeable users and foreseeable by-standers. As a result, Ford was negligent and is responsible for the damages incurred by BMW.

71.     On or about June 2, 2015, while the subject vehicle was being utilized in an appropriate manner and in a foreseeable location, the vehicle defect caused a fire, resulting in extensive damage to property owned by innocent third parties.

72.     The defect in the subject vehicle was the legal and proximate cause of the damage to BMW's property.

73.     Ford breached its duty to market a safe product fit for its intended purpose and fit for use in foreseeable locations populated by innocent third parties and the property of innocent third parties.

74.     The damage sustained by BMW to its vehicles was caused by the carelessness and negligence of defendant Ford, without any negligence on the part of Plaintiff.

75.     As a proximate result of the foregoing, Plaintiff has sustained damages in the amount of no less than $5,000,000.

76.     By reason of the foregoing, the Plaintiff has sustained losses which will be shown with specificity at trial, no part of which has been paid, although duly demanded, which are presently estimated to be no less than $5,000,000.

W HE R E F O R E, Plaintiff prays:

1.     That process in due form of law may issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

2.      That judgment may be entered in favor of Plaintiff against Defendants for the amount of Plaintiff's damages in the amount of at least $5,000,000, together with interest, costs and the disbursements of this action; and

3.      That this Court grant to Plaintiff such other and further relief as may be just and proper.

Dated: New York, New York
       June 3, 2016

                              HILL RIVKINS LLP
                              *Attorneys for Plaintiff*
                              International Auto Logistics, Inc.


                    By:       _____
                              Thomas E. Willoughby
                              45 Broadway, Suite 1500
                              New York, New York 10006
                              Tel.: 212-669-0600
                              Fax: 212-669-0698
                              E-Mail: twilloughby@hillrivkins.com

"SCHEDULE A"

| Order # | VIN # | Make/Model/Year | Value | Vehicle Affected? | Deck # | TM Claim # |
|---------|-------|-----------------|-------|-------------------|--------|-----------|
| 1MZ0076295 | 113279W544231 | CHEVROLET/NOVA/1969 | $26,335.00 | yes | 10 | LA415-4703 |
| 1LP0076279 | WBANF73547CU23528 | BMW/5 SERIES/2007 | $18,873.00 | yes | 10 | LA415-4705 |
| 2GP0073609 | 3VWSP69M22M058105 | VOLKSWAGEN/JETTA/2002 | $8,870.72 | yes | 10 | LA415-4723 |
| 1MZ0075590 | 1VWCH7A38DC046247 | VOLKSWAGEN/PASSAT/2013 | $22,656.99 | yes | 10 | LA415-4738 |
| 2GP0075957 | JA3AJ26E37U014170 | MITS/LANCER/2007 | $5,975.00 | yes | 10 | LA415-4769 |
| 2GP0074382 | 5XXGR4A67DG230895 | KIA/OPTIMA/2013 | $25,025.00 | yes | 10 | LA415-4793 |
| LAP0077492 | YV1SZ58DX11005277 | VOLVO/V70 XC/2001 | $5,000.00 | yes | | LA415-4800 |
| JP60078316 | 1G1AM18B387170739 | CHEVROLET/COBALT/2008 | $8,050.00 | yes | wreck | LA415-4803 |
| JP70077185 | KS13203711 | NISSAN/SILVIA/1988 | $23,774.30 | yes | wreck | LA415-4806 |
| JP50078705 | WDDGF54X59F212135 | MERCEDES-BENZ/C-CLASS/2009 | $18,119.51 | yes | 10 | LA415-4807 |
| LAY0078312 | 1HGCP2F78CA121609 | HONDA/ACCORD/2012 | $16,450.00 | yes | | LA415-4808 |
| KFZ0075883 | 3N1AB6AP1CL699307 | NISSAN/SENTRA/2012 | $13,400.00 | yes | wreck | LA415-4811 |
| JP10077206 | 1ZVBP8CF3D5257890 | FORD/MUSTANG/2013 | $33,623.12 | yes | 10 | LA415-4813 |
| JP20078248 | WMWSV3C54CTY26613 | MINI/COOPER/2012 | $21,342.84 | yes | 10 | LA415-4814 |
| LAZ0078696 | JTHBK262695093063 | LEXUS/IS 250/2009 | $19,975.00 | yes | wreck | LA415-4815 |
| JP40077853 | 3FAHP0HA4CR355548 | FORD/FUSION/2012 | $14,175.00 | yes | 10 | LA415-4816 |
| JP70078667 | WBAPH7C52BE681241 | BMW/3 SERIES/2011 | $23,375.52 | yes | wreck | LA415-4817 |
| JP40078253 | 3FA6P0LU8DR114134 | FORD/FUSION/2013 | $21,650.00 | yes | 10 | LA415-4818 |
| JGP0077559 | JNKCV61F59M360096 | INFINITI/G37X/2009 | $19,989.00 | yes | 10 | LA415-4819 |
| KFZ0078693 | 1FADP3L91DL239673 | FORD/FOCUS/2013 | $23,101.80 | yes | 10 | LA415-4821 |
| LAY0079085 | 2C3JA63H85H686012 | CHRYSLER/300C/2005 | $17,518.02 | yes | 10 | LA415-4822 |
| JP50079023 | 3N1BC1CP4AL430863 | NISSAN/VERSA/2010 | $8,675.00 | yes | wreck | LA415-4823 |
| LAZ0079001 | 2C3CDYBT4EH148652 | DODGE/CHALLENGER/2014 | $44,674.00 | yes | wreck | LA415-4824 |
| JHP0078267 | JA32W8FV6AU019136 | MITSUBISHI/LANCER EVOLUTION/2010 | $24,590.00 | yes | 10 | LA415-4828 |
| JP80077846 | 3VWPL7AJ2BM675321 | VOLKSWAGEN/JETTA/2011 | $18,750.00 | yes | 10 | LA415-4829 |
| 2GP0073912 | 3VWTL7AJ1AM616855 | VOLKSWAGEN/JETTA/2010 | $15,325.00 | yes | 10 | LA415-4830 |
| 2GP0073250 | JM1NC2MF3E0233756 | MAZDA/MX-5 MIATA/2014 | $27,542.65 | yes | 10 | LA415-4842 |
| JP40078292 | 5XXGM4A71CG066839 | KIA/OPTIMA/2012 | $19,700.00 | yes | 10 | LA415-4843 |
| 1LP0075585 | 3VWST71K36M752089 | VOLKSWAGEN/JETTA/2006 | $8,065.00 | yes | 10 | LA415-4852 |
| KJ20076890 | JHMGE8H57DC022370 | HONDA/FIT/2013 | $16,550.00 | yes | wreck | LA415-4853 |
| JP20078341 | 1ZVHT85HX75259774 | FORD/MUSTANG/2007 | $14,325.00 | yes | wreck | LA415-4859 |
| KFZ0076887 | 1N4AL11DX6C158765 | NISSAN/ALTIMA/2006 | $8,175.00 | yes | 10 | LA415-4881 |
| LAP0075241 | 1G4GD2212T4712023 | BUICK/RIVIERA/1996 | $3,400.00 | yes | 10 | LA415-4882 |
| JP50078659 | 3FADP4EJ1CM142483 | FORD/FIESTA/2012 | $12,175.00 | yes | 10 | LA415-4884 |
| JP50079696 | WBA3B1C56DK128545 | BMW/3 SERIES/2013 | $27,575.00 | yes | 10 | LA415-4885 |
| LAP0075485 | 3VW2K7AJ2EM237075 | VOLKSWAGEN/JETTA/2014 | $19,565.50 | yes | 10 | LA415-4886 |
| JP80077856 | WMWZC5C51EWM16918 | MINI/COOPER COUNTRYMAN/2014 | $30,182.00 | yes | 11 | LA415-4887 |
| 1QP0076141 | 1G6DP577860212900 | CADILLAC/CTS/2006 | $9,900.00 | yes | 10 | LA415-4891 |
| KFZ0075865 | WBANE53537CW66531 | BMW/5 SERIES/2007 | $10,925.00 | yes | 10 | LA415-4894 |
| JP50078689 | 3VWLX7AJ6CM380761 | VW/JETTA/2012 | $16,150.00 | yes | wreck | LA415-4895 |
| 2EP0074954 | 3FAHP0HA4AR226514 | FORD/FUSION/2010 | $11,900.00 | yes | 8 | LA415-4897 |
| JP50077882 | 1G1PF5SC3C7198918 | CHEVROLET/CRUZE/2012 | $13,675.00 | yes | wreck | LA415-4901 |
| JP80078244 | WVWDA71K29W128919 | VOLKSWAGEN/RABBIT/2009 | $12,503.02 | yes | 10 | LA415-4906 |
| JP70074947 | 1C3CDFBH9DD223731 | DODGE/DART/2013 | $15,200.00 | yes | 10 | LA415-4907 |
| KFZ0075825 | 1HGCP26899A154880 | HONDA/ACCORD/2009 | $12,775.00 | yes | 11 | LA415-4908 |
| JP80077524 | JM1BL1UFXB1478959 | MAZDA/MAZDA3/2011 | $11,750.00 | yes | 10 | LA415-4909 |
| JP50078664 | SHHEP336X5U502587 | HONDA/CIVIC/2005 | $8,451.37 | yes | 10 | LA415-4910 |
| JP50077224 | 1N4BA41E16C845119 | NISSAN/MAXIMA/2006 | $9,275.00 | yes | 10 | LA415-4911 |
| LAY0079671 | 3FAHP0HA3CR183237 | FORD/FUSION/2012 | $15,325.00 | yes | wreck | LA415-4912 |
| JP50080077 | JA32W8FV5AU022979 | MITSUBISHI/LANCER EVOLUTION/2010 | $23,909.99 | yes | 10 | LA415-4913 |
| JP10079615 | WBANU53538CT14053 | BMW/5 SERIES/2008 | $18,102.27 | yes | 10 | LA415-4914 |
| JP10078245 | 2C3CDXBG0EH146197 | DODGE/CHARGER/2014 | $20,750.00 | yes | 10 | LA415-4915 |
| 2DS0074180 | 1N4AL24E09C145893 | NISSAN/ALTIMA/2009 | $12,050.00 | yes | 8 | LA415-4916 |
| JGP0077896 | WMWZC3C53FWP52835 | MINI/COOPER COUNTRYMAN/2015 | $32,918.98 | yes | 10 | LA415-4917 |
| JP60077202 | 3FAHP0GA9CR403885 | FORD/FUSION/2012 | $15,638.09 | yes | 10 | LA415-4918 |
| JP80079005 | 1FAHP3FN3AW216612 | FORD/FOCUS/2010 | $9,125.00 | yes | 10 | LA415-4919 |
| JP50079039 | JM1BK12F641138927 | MAZDA/MAZDA3/2004 | $6,287.00 | yes | wreck | LA415-4920 |
| LAY0079728 | 1HGCM66534A091760 | HONDA/ACCORD/2004 | $8,897.54 | yes | 10 | LA415-4921 |
| LAZ0077975 | 9BWFR61J444027779 | VOLKSWAGEN/GOLF/2004 | $6,800.00 | yes | 10 | LA415-4922 |
| JP60078652 | 1C3CDFBB0ED868491 | DODGE/DART/2014 | $18,725.00 | yes | 10 | LA415-4923 |
| JP40079029 | 3FAHP0HA0CR242437 | FORD/FUSION/2012 | $15,000.00 | yes | wreck | LA415-4924 |
| KJ20073805 | 1HGFA16536L043238 | HONDA/CIVIC/2006 | $7,975.00 | yes | wreck | LA415-4925 |
| 2EP0075010 | 2CTFLJEY6A6278615 | GMC/TERRAIN/2010 | $20,925.00 | yes | 8 | LA415-4927 |
| LAP0075795 | 1C3CDFBA3DD230497 | DODGE/DART/2013 | $14,375.00 | yes | 11 | LA415-4928 |
| JP40080094 | 1G1ZC5E03CF180444 | CHEVROLET/MALIBU/2012 | $16,895.00 | yes | 10 | LA415-4930 |
| KFZ0075540 | 1HGFA16527L122692 | HONDA/CIVIC/2007 | $9,775.00 | yes | wreck | LA415-4931 |
| 2EP0075128 | JHLRE38548C040699 | HONDA/CR-V/2008 | $12,024.21 | yes | 8 | LA415-4932 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LAP0078242 | JTDKB20U477599536 | TOYOTA/PRIUS/2007 | $14,389.00 | yes | | 10 | LA415-4933 |
| JP10077186 | WBAVA37527NL10215 | BMW/3 SERIES/2007 | $14,650.00 | yes | | 10 | LA415-4934 |
| JP60077547 | WVWHV7AJ7CW079074 | VOLKSWAGEN/GTI/2012 | $22,094.00 | yes | | 10 | LA415-4935 |
| JP10077236 | WMWMF33549TU72641 | MINI/COOPER/2009 | $13,275.00 | yes | | 10 | LA415-4937 |
| LAZ0078306 | 1B3BD2FG3BN513523 | DODGE/AVENGER/2011 | $16,078.00 | yes | | 10 | LA415-4938 |
| JGP0077190 | 1N4BL2AP9CN563102 | NISSAN/ALTIMA/2012 | $20,783.25 | yes | | 10 | LA415-4939 |
| JP50078653 | 1HGEJ1137SL034408 | HONDA/COUPE/1995 | $11,992.57 | yes | | 10 | LA415-4940 |
| JP50078268 | WAUEFAFLXBN002675 | AUDI/A4/2011 | $19,500.00 | yes | | 10 | LA415-4941 |
| JP60078683 | WVWGK73C87P031070 | VOLKSWAGEN/PASSAT/2007 | $9,439.50 | yes | wreck | | LA415-4942 |
| JP40079075 | 3VWST71K55M642515 | VOLKSWAGEN/JETTA/2005 | $9,007.57 | yes | wreck | | LA415-4943 |
| JP80078271 | WBAPL5C54BA982555 | BMW/3 SERIES/2011 | $35,525.00 | yes | wreck | | LA415-4944 |
| JHP0077839 | KNAFE161985011401 | KIA/SPECTRA5/2008 | $8,425.00 | yes | | 10 | LA415-4945 |
| JP50079061 | JA3AJ26E26U062970 | MITSUBISHI/LANCER/2006 | $6,450.00 | yes | wreck | | LA415-4946 |
| JP20072900 | 1G1PH55S90B7138169 | CHEVROLET/CRUZE/2011 | $15,025.00 | yes | | 11 | LA415-4947 |
| JHP0078340 | 1N4BL11D56N385032 | NISSAN/ALTIMA/2006 | $11,000.00 | yes | | 10 | LA415-4948 |
| LAY0078700 | JA3AH86C06U022464 | MITSUBISHI/LANCER EVOLUTION/2006 | $21,000.00 | yes | wreck | | LA415-4949 |
| KJ20077528 | TRUAF38J781000381 | AUDI/TT/2008 | $19,900.00 | yes | wreck | | LA415-4950 |
| 2EP0042637 | 9BWDD61J514065622 | VOLKSWAGEN/GTI/2001 | $4,919.99 | yes | | 10 | LA415-4951 |
| 3HP0073644 | 2A8HR54P88R732058 | CHRYSLER/TOWN & COUNTRY/2008 | $11,700.00 | yes | | 8 | LA415-4952 |
| JP10079044 | 1HGCM55815A177754 | HONDA/ACCORD/2005 | $9,875.00 | yes | | 10 | LA415-4953 |
| JP40078314 | WBAEV33472XL75475 | BMW/3 SERIES/2002 | $7,500.00 | yes | | 10 | LA415-4954 |
| LAP0076494 | JM1BK12F151227709 | MAZDA/MAZDA3/2005 | $6,600.00 | yes | | 10 | LA415-4955 |
| JP10078285 | 1N4AL21EX8N517912 | NISSAN/ALTIMA/2008 | $10,025.00 | yes | | 10 | LA415-4956 |
| JP40078299 | YV1MH682572280395 | VOLVO/S40/2007 | $12,125.00 | yes | | 10 | LA415-4957 |
| JP10077911 | JHMGE87489S070188 | HONDA/FIT/2009 | $11,850.00 | yes | | 10 | LA415-4965 |
| JP10076940 | 1ZVBP8AM7D5246697 | FORD/MUSTANG/2013 | $22,430.10 | yes | | 10 | LA415-4966 |
| 2EP0074952 | 2B3KA43G76H154491 | DODGE/CHARGER/2006 | $10,075.00 | yes | | 8 | LA415-4967 |
| JP50080163 | 1HGCP26378A045644 | HONDA/ACCORD/2008 | $12,425.00 | yes | wreck | | LA415-4968 |
| JHP0077910 | WVWCE63B85E087235 | VOLKSWAGEN/PASSAT/2005 | $8,375.00 | yes | | 10 | LA415-4969 |
| JP40080070 | 3VWPG71XX6M721772 | VOLKSWAGEN/JETTA/2006 | $5,850.00 | yes | | 10 | LA415-4970 |
| JP60077569 | KMHHU6KH7AU009751 | HYUNDAI/GENESIS COUPE/2010 | $17,525.00 | yes | | 10 | LA415-4971 |
| JP60077529 | 1B3LC56K98N206458 | DODGE/AVENGER/2008 | $10,150.00 | yes | | 10 | LA415-4972 |
| JP20078687 | WBSKG9C58CE797582 | BMW/M3/2012 | $54,797.92 | yes | | 10 | LA415-4973 |
| LAP0076546 | 3FADP4EJ2CM152228 | FORD/FIESTA/2012 | $12,481.21 | yes | | 10 | LA415-4974 |
| KFZ0076882 | 1C3CDFBAXDD230531 | DODGE/DART/2013 | $16,171.50 | yes | | 10 | LA415-4979 |
| JP50078679 | 1C3CCCAB5FN606819 | CHRYSLER/200/2015 | $25,690.00 | yes | | 10 | LA415-4980 |
| JP50080114 | 4T1CE38P34U831911 | TOYOTA/CAMRY SOLARA/2004 | $7,635.00 | yes | wreck | | LA415-4982 |
| JP10078714 | WBAWB7C55AP049060 | BMW/3 SERIES/2010 | $29,225.00 | yes | | 10 | LA415-4984 |
| JP50079104 | 3VW567AJ3DM429055 | VOLKSWAGEN/JETTA/2013 | $22,325.00 | yes | wreck | | LA415-4986 |
| JP50080092 | 2G1WF52E849236768 | CHEVROLET/IMPALA/2004 | $5,525.00 | yes | | 10 | LA415-4988 |
| JP50079634 | WDDGF5EB4BF647690 | MERCEDES-BENZ/C-CLASS/2011 | $24,386.78 | yes | wreck | | LA415-4989 |
| JP10078343 | 2B3CL3CG1BH561211 | DODGE/CHARGER/2011 | $24,875.00 | yes | | 10 | LA415-4991 |
| JP40078678 | 2G1WG5EK3B1290814 | CHEVROLET/IMPALA/2011 | $12,539.59 | yes | | 10 | LA415-4992 |
| JP50079704 | YV140MFB6F2301798 | VOLVO/S60/2015 | $34,000.00 | yes | | 10 | LA415-4993 |
| JP40078654 | 1C3CDFBB0ED927555 | DODGE/DART/2014 | $18,123.02 | yes | wreck | | LA415-4995 |
| JP40079035 | WBA4A7C5XFD415209 | BMW/4 SERIES/2015 | $51,755.00 | yes | | 10 | LA415-4996 |
| JP20077907 | YV1RS58D432268641 | VOLVO/S60/2003 | $5,525.00 | yes | | 10 | LA415-4997 |
| JP60077908 | 2B3KA43RX8H106973 | DODGE/CHARGER/2008 | $7,600.00 | yes | | 10 | LA415-4998 |
| JP80078287 | WMWRE33433TD69883 | MINI/COOPER/2003 | $10,617.00 | yes | | 10 | LA415-4999 |
| JHP0077493 | 3VWDX7AJ4DM295245 | VOLKSWAGEN/JETTA/2013 | $14,725.00 | yes | wreck | | LA415-5000 |
| KFZ0075509 | 1G1ZC5E11BF380861 | CHEVROLET/MALIBU/2011 | $14,140.00 | yes | | 10 | LA415-5001 |
| JP70078984 | 3FA6P0G74DR196559 | FORD/FUSION/2013 | $16,950.00 | yes | | 10 | LA415-5002 |
| JP40078295 | WBALM5C51BE162437 | BMW/Z4/2011 | $33,870.00 | yes | wreck | | LA415-5003 |
| JP40079008 | 1G11C5SL2EF110738 | CHEVROLET/MALIBU/2014 | $21,475.00 | yes | | 10 | LA415-5004 |
| KFZ0079330 | JA32U8FW0BU022758 | MITSUBISHI/LANCER/2011 | $15,500.00 | yes | | 10 | LA415-5005 |
| KFZ0075893 | JNKCV51E56M508387 | INFINITI/G35/2006 | $11,905.04 | yes | | 10 | LA415-5006 |
| JHP0080516 | 19XFA1F80AE058466 | HONDA/CIVIC/2010 | $12,575.00 | yes | | 10 | LA415-5007 |
| JP50079682 | WDDGF5HBXDA850806 | MERCEDES-BENZ/C-CLASS/2013 | $31,978.24 | yes | wreck | | LA415-5008 |
| JP40080143 | 1C3CDZCB0EN175656 | DODGE/AVENGER/2014 | $19,425.00 | yes | | 10 | LA415-5009 |
| JP50079025 | WVWEV7AJ5BW110680 | VOLKSWAGEN/GTI/2011 | $18,025.00 | yes | | 10 | LA415-5010 |
| KFZ0077531 | 3VWRB81H4WM241227 | VOLKSWAGEN/JETTA/1998 | $3,550.00 | yes | | 10 | LA415-5011 |
| KFZ0077860 | 2B3LJ44V79H561491 | DODGE/CHALLENGER/2009 | $22,664.52 | yes | | 10 | LA415-5012 |
| KJ20076875 | 1G1PH55S5B7193622 | CHEVROLET/CRUZE/2011 | $16,525.00 | yes | | 10 | LA415-5013 |
| JP40078644 | 1FAHP24W28G171608 | FORD/TAURUS/2008 | $8,080.08 | yes | | 10 | LA415-5014 |
| JP50080110 | JNKAY01E17M306536 | INFINITI/M35/2007 | $17,350.00 | yes | | 10 | LA415-5015 |
| KFZ0078347 | JHMFA36289S003892 | HONDA/CIVIC/2009 | $10,000.00 | yes | | 10 | LA415-5016 |
| JP70078289 | 19UUA66297A016598 | ACURA/TL/2007 | $14,975.00 | yes | | 10 | LA415-5017 |
| JP40077914 | 3FA6P0H74DR214878 | FORD/FUSION/2013 | $16,900.00 | yes | | 10 | LA415-5018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JP20079090 | 1VWCN7A35DC071776 | VOLKSWAGEN/PASSAT/2013 | $24,725.00 | yes | | 10 | LA415-5019 |
| JP40078246 | 3FADP4AJ3DM227011 | FORD/FIESTA/2013 | $11,064.89 | yes | wreck | | LA415-5020 |
| 4DP0074381 | 4S3BD685XX7262531 | SUBARU/LEGACY/1999 | $4,944.98 | yes | | 10 | LA415-5021 |
| JGP0079642 | WAUGGAFR0DA013205 | AUDI/S5/2013 | $45,677.00 | yes | wreck | | LA415-5022 |
| JP20077864 | WMWML335X9TN69027 | MINI/COOPER/2009 | $13,900.00 | yes | | 10 | LA415-5023 |
| JGP0079017 | 1B3HB28B07D288864 | DODGE/CALIBER/2007 | $6,025.00 | yes | | 10 | LA415-5024 |
| JP40075567 | 1FADP3K22EL134033 | FORD/FOCUS/2014 | $16,703.52 | yes | | 10 | LA415-5025 |
| JP10078657 | 3N1AB6AP2BL691067 | NISSAN/SENTRA/2011 | $12,205.01 | yes | | 10 | LA415-5026 |
| JP40078991 | 1C3CDFEB9ED683108 | DODGE/DART/2014 | $20,435.48 | yes | | 10 | LA415-5027 |
| JP50078998 | JTDBR32E170137614 | TOYOTA/COROLLA/2007 | $8,625.00 | yes | | 10 | LA415-5028 |
| JP40078704 | 1G1YY26U965117114 | CHEVROLET/CORVETTE/2006 | $24,846.14 | yes | | 10 | LA415-5029 |
| JP50080513 | 3FADP4AJ3DM213111 | FORD/FIESTA/2013 | $12,425.00 | yes | wreck | | LA415-5030 |
| JP50080499 | JH4DC53893C009644 | ACURA/RSX/2003 | $6,570.00 | yes | | 10 | LA415-5031 |
| JP40078649 | 1FAHP34N86W169250 | FORD/FOCUS/2006 | $5,535.00 | yes | | 10 | LA415-5032 |
| JP10080558 | 1FADP3L97DL239676 | FORD/FOCUS/2013 | $21,725.00 | yes | | 10 | LA415-5033 |
| JP40077913 | 1N4BA41EX7C849168 | NISSAN/MAXIMA/2007 | $12,584.06 | yes | wreck | | LA415-5034 |
| JP50080111 | 1HGFA16576L151118 | HONDA/CIVIC/2006 | $8,725.00 | yes | | 10 | LA415-5035 |
| JP80078351 | WVWXK9AN1AE159816 | VOLKSWAGEN/PASSAT/2010 | $15,250.00 | yes | wreck | | LA415-5036 |
| KFZ0079022 | JHMES96635S008197 | HONDA/CIVIC/2005 | $4,750.00 | yes | wreck | | LA415-5037 |
| LAP0077189 | 1G2ZH57N984165312 | PONTIAC/G6/2008 | $8,325.00 | yes | | 10 | LA415-5038 |
| JP10080491 | WBA1J7C5XFV253529 | BMW/2 SERIES/2015 | $53,270.00 | yes | | 10 | LA415-5039 |
| JP40079676 | 2G1FK1EJ4A9106396 | CHEVROLET/CAMARO/2010 | $22,450.00 | yes | wreck | | LA415-5040 |
| JP80077211 | 4T1BG22K01U832104 | TOYOTA/CAMRY/2001 | $4,525.00 | yes | wreck | | LA415-5041 |
| JP40078639 | WBAWB33549PU89923 | BMW/3 SERIES/2009 | $22,575.00 | yes | | 10 | LA415-5042 |
| JP70080063 | JTDKDTB3XC1006523 | TOYOTA/PRIUS C/2012 | $13,000.00 | yes | | 10 | LA415-5043 |
| JP80078640 | 3FADP4BJ4EM113549 | FORD/FIESTA/2014 | $16,999.85 | yes | | 10 | LA415-5044 |
| LAP0075854 | WMWRF33588TG18708 | MINI/COOPER/2008 | $11,050.00 | yes | | 10 | LA415-5045 |
| JP50080477 | 3VWSE69M83M141268 | VOLKSWAGEN/JETTA/2003 | $5,000.00 | yes | | 10 | LA415-5047 |
| JP50079659 | 1HGCP36858A0S6403 | HONDA/ACCORD/2008 | $13,375.00 | yes | | 10 | LA415-5049 |
| JP10078269 | 19XFB2F83CE063053 | HONDA/CIVIC/2012 | $15,975.00 | yes | | 10 | LA415-5051 |
| JP50080068 | 1C3CDZCB1CN178577 | DODGE/AVENGER/2012 | $13,525.00 | yes | | 10 | LA415-5052 |
| KFZ0077538 | JTDKB20UXS3072864 | TOYOTA/PRIUS/2005 | $6,625.00 | yes | wreck | | LA415-5053 |
| JP50077264 | 1N4BL21E48N414506 | NISSAN/ALTIMA/2008 | $11,825.00 | yes | | 10 | LA415-5054 |
| LAZ0078647 | W04G15GV0B1072138 | BUICK/REGAL/2011 | $18,389.00 | yes | | 10 | LA415-5055 |
| JP50080464 | WBAPK7C59BF195490 | BMW/3 SERIES/2011 | $25,675.00 | yes | | 10 | LA415-5056 |
| JP40078672 | 183LC56K38N159749 | DODGE/AVENGER/2008 | $7,525.00 | yes | | 10 | LA415-5057 |
| JP40078750 | 1N4AL2AP0BN413308 | NISSAN/ALTIMA/2011 | $13,675.00 | yes | | 10 | LA415-5058 |
| JP80077555 | 3FA6P0LU9ER117142 | FORD/FUSION/2014 | $23,575.00 | yes | | 10 | LA415-5060 |
| LAP0077906 | WBAVM1C53DVW44475 | BMW/X1/2013 | $27,207.00 | yes | wreck | | LA415-5061 |
| JP70077838 | WVWPF7AJ1DW118672 | VOLKSWAGEN/GOLF/2013 | $33,650.00 | yes | | 10 | LA415-5062 |
| JGP0077519 | 4T1BE32K35U509327 | TOYOTA/CAMRY/2005 | $8,675.00 | yes | | 10 | LA415-5063 |
| LAY0078310 | 1YVHP84C385M01908 | MAZDA/MAZDA6/2008 | $8,150.00 | yes | | 10 | LA415-5064 |
| JP50080547 | WAULFAFH5CN008405 | AUDI/A5/2012 | $36,660.00 | yes | | 10 | LA415-5065 |
| JP40080079 | 1FADP3L91EL141194 | FORD/FOCUS/2014 | $25,050.45 | yes | | 10 | LA415-5066 |
| JP50078350 | WDDGF4HB1EG158149 | MERCEDES-BENZ/C-CLASS/2014 | $30,400.00 | yes | wreck | | LA415-5084 |
| JP50078992 | KNAFE161485018420 | KIA/SPECTRA5/2008 | $6,686.66 | yes | | 10 | LA415-5088 |
| JP50079034 | WBAKG7C59BE262834 | BMW/3 SERIES/2011 | $28,186.87 | yes | | 10 | LA415-5089 |
| JP50079738 | 2B3CJ4DV4AH139280 | DODGE/CHALLENGER/2010 | $13,550.00 | yes | | 10 | LA415-5090 |
| JP50080066 | 3VWLX7AJ0BM394881 | VOLKSWAGEN/JETTA/2011 | $14,400.00 | yes | | 10 | LA415-5091 |
| JP20078713 | YV1RH592982684963 | VOLVO/S60/2008 | $12,433.40 | yes | wreck | | LA415-5092 |
| LAY0078979 | 2HGFB6E57CH706069 | HONDA/CIVIC/2012 | $19,975.00 | yes | | 10 | LA415-5093 |
| JP40079679 | WDDGF8AB4EG162925 | MERCEDES-BENZ/C-CLASS/2014 | $29,925.00 | yes | | 10 | LA415-5103 |
| JP40079624 | WVWGD7AJ7EW006627 | VOLKSWAGEN/GTI/2014 | $22,250.00 | yes | | 10 | LA415-5104 |
| JP50079685 | WBS3R9C55FK330835 | BMW/M4/2015 | $71,865.00 | yes | wreck | | LA415-5110 |
| JP80078711 | 2T1BU4EE5CC811795 | TOYOTA/COROLLA/2012 | $15,400.00 | yes | | 10 | LA415-5118 |
| JP20077854 | 3FAHP06Z17R142071 | FORD/FUSION/2007 | $8,800.00 | yes | | 10 | LA415-5125 |
| LAZ0079326 | 1N4AL21E18N444672 | NISSAN/ALTIMA/2008 | $12,007.30 | yes | | 10 | LA415-5126 |
| JP80078702 | KMHHT6KD1CU069186 | HYUNDAI/GENESIS COUPE/2012 | $24,186.04 | yes | | 10 | LA415-5128 |
| LAZ0079056 | 1G6DM57N130105867 | CADILLAC/CTS/2003 | $10,300.00 | yes | | 10 | LA415-5129 |
| JP50078635 | 2HGES16674H539011 | HONDA/CIVIC/2004 | $5,800.00 | yes | | 10 | LA415-5130 |
| JP50078645 | WMWXM7C53ET987313 | MINI/COOPER/2014 | $29,237.00 | yes | | 10 | LA415-5131 |
| JP40079647 | 1C3CDFBA7DD230499 | DODGE/DART/2013 | $15,650.00 | yes | | 10 | LA415-5132 |
| JP50079653 | 3VWDX7AJ7DM294932 | VOLKSWAGEN/JETTA/2013 | $16,275.00 | yes | wreck | | LA415-5133 |
| JP20078320 | YV1652MJ9A2560300 | VOLVO/V50/2010 | $19,100.00 | yes | | 10 | LA415-5134 |
| KFZ0079865 | 1FAHP35N69W245826 | FORD/FOCUS/2009 | $9,125.00 | yes | | 10 | LA415-5135 |
| JP70079631 | 3FADP4BJ2DM227029 | FORD/FIESTA/2013 | $12,150.00 | yes | wreck | | LA415-5151 |
| LAP0077499 | JHMCG5676YC006761 | HONDA/ACCORD/2000 | $5,603.00 | yes | wreck | | LA415-5153 |
| LAZ0078251 | 3N1CB51D96L496792 | NISSAN/SENTRA/2006 | $7,400.00 | yes | | 10 | LA415-5154 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LAY0080115 | 1FAHP3F22CL311396 | FORD/FOCUS/2012 | $13,600.00 | yes | 10 | LA415-5156 |
| JP10078675 | 2HGFA16839H352302 | HONDA/CIVIC/2009 | $12,175.00 | yes | 10 | LA415-5157 |
| JHP0080099 | 3FAHP07Z09R109550 | FORD/FUSION/2009 | $9,544.99 | yes | 10 | LA415-5158 |
| JP60077845 | 3VWJZ71K79M091911 | VOLKSWAGEN/JETTA/2009 | $9,650.00 | yes | 10 | LA415-5159 |
| LAZ0079344 | WMWZB3C51DWM30968 | MINI/COOPER COUNTRYMAN/2013 | $26,675.00 | yes | 10 | LA415-5160 |
| KFZ0079032 | 1HGCM66813A053615 | HONDA/ACCORD/2003 | $10,000.00 | yes | 10 | LA415-5165 |
| JP50079048 | WDDGF4HB7CA726226 | MERCEDES-BENZ/C-CLASS/2012 | $27,577.25 | yes | 10 | LA415-5168 |
| LAZ0078710 | JM1BK32F681171590 | MAZDA/MAZDA3/2008 | $9,295.00 | yes | 10 | LA415-5170 |
| JP40078259 | 1ZVHT82H085154313 | FORD/MUSTANG/2008 | $12,125.00 | yes | wreck | LA415-5174 |
| KFZ0076558 | KMHDU46D48U422442 | HYUNDAI/ELANTRA/2008 | $6,800.00 | yes | 10 | LA415-5176 |
| JP40077487 | YV1672MH2A2491656 | VOLVO/S40/2010 | $19,450.00 | yes | 10 | LA415-5177 |
| JP20078638 | WMWXD1C50EWM28992 | MINI/COOPER COUNTRYMAN/2014 | $40,202.00 | yes | 10 | LA415-5182 |
| KFZ0079038 | WBAXH5C57DD113080 | BMW/5 SERIES/2013 | $36,275.00 | yes | 10 | LA415-5183 |
| JP40078313 | WBA3C3C50EF987245 | BMW/3 SERIES/2014 | $27,625.00 | yes | 10 | LA415-5184 |
| 3HP0074662 | 5TDKK4CC1AS304260 | TOYOTA/SIENNA/2010 | $16,900.00 | yes | 10 | LA415-5185 |
| JP40078677 | 1N4AL21E17C189385 | NISSAN/ALTIMA/2007 | $9,800.00 | yes | 10 | LA415-5186 |
| JGP0079012 | 1G6DE8EY4B0107039 | CADILLAC/CTS/2011 | $20,829.99 | yes | 10 | LA415-5187 |
| | 1ZVHT80N495113936 | 2009 Ford Mustang | $15,110.93 | | 7 | LA415-7453 |
| | | | $3,706,203.13 | TOTAL | | |